FILED
AUG 2 3 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1 | KEVIN V. RYAN (SBN 118321)
United States Attorney

MARK K. KROTOSKI (SBN 138549)
Chief, Criminal Division

DOUGLAS SPRAGUE (SBN 202121)
Assistant United States Attorney

1301 Clay Street Suite 340S
Oakland, California 94612
Telephone: (510) 637-3771
FAX: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LENEKA T. PENDERGRASS,<br><br>Defendant. | No. CR 05-00523 DLJ<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND TO EXCLUDE TIME; [P~~ROPOSE~~D] ORDER<br><br>OAKLAND VENUE |

The United States of America, by its undersigned counsel, and defendant Leneka T. Pendergrass, by her undersigned counsel, hereby request and stipulate that the sentencing hearing scheduled for August 25, 2006, at 10:00 a.m. be continued to November 17, 2006, at 10:00 a.m., and that time be excluded until November 17, 2006. The reasons for this continuance and exclusion of time are as follows:

Counsel for the government is unavailable on August 25, 2006 and the first available date for all parties is November 17, 2006.

///

///

SHIP. TO CONTINUE SENTENCING AND EXCLUDE TIME (Pendergrass)
CR 05-00523 D.J.

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED.** | |
| 2 | DATED: August 22, 2006 | Respectfully submitted, |
| 3 | | KEVIN V. RYAN<br>United States Attorney |
| 4 | | |
| 5 | | By  /s/ |
| 6 | | W. DOUGLAS SPRAGUE<br>Assistant U.S. Attorney |
| 7 | | |
| 8 | DATED: August 22, 2006 | /s/ |
| 9 | | IVAN LOVESETH<br>Attorney for Defendant |
| 10 | | Leneka T. Pendergrass |
| 11 | **IT IS SO ORDERED.** | |
| 12 | DATED: August 23 , 2006 | |
| 13 | | D. LOWELL JENSEN<br>United States District Court Judge |

STIP. TO CONTINUE SENTENCING AND EXCLUDE TIME (Pendergrass)
CR 05-00523 D.J.