IAN LOVESETH, SBN 085780
Attorney at Law
819 Eddy Street
San Francisco, California  94109
Tel:  (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
LENEKA PENDERGRASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LENEKA PENDERGRASS, et.al.,<br><br>　　　　　　Defendant.<br>_____/ | NO. CR-05-00523-DLJ<br><br>**STIPULATION AND ORDER<br>CONTINUING SURRENDER DATE** |

　　　　IAN G. LOVESETH, attorney for defendant, LENEKA PENDERGRASS, and DOUGLAS SPRAGUE, Assistant United States Attorney, hereby stipulate and respectfully request that defendant's surrender date, currently set for Thursday, October 25, 2007 shall be continued until Thursday, December 13,  2007.

　　　　The Court hereby finds, as follows:

1. The parties have stipulated to continuing the surrender date in this case.

2. The Court has reviewed the Declaration of Ian G. Loveseth, which has been filed under seal.

　　　　Accordingly, and with the consent of the parties, the Court hereby: (1) vacates the surrender date currently set for October 25, 2007; and, (2) sets a new surrender date of December 13,  2007.

1  IT IS SO STIPULATED.

2  DATED: October 24, 2007         /s/
                                   IAN G. LOVESETH
3                                  Attorney for Defendant
                                   LENEKA PENDERGRASS

6  DATED: October 24, 2007         /s/
                                   W. DOUGLAS SPRAGUE
7                                  Assistant United States Attorney

   IT IS SO ORDERED.

11 DATED: October 24, 2007         _____
12                                 HON. D. LOWELL JENSEN
                                   United States District Court

STIPULATION AND [PROPOSED] ORDER
CONTINUING SURRENDER DATE                                            2