1  IAN LOVESETH, SBN 085780
   Attorney at Law
2  819 Eddy Street
   San Francisco, California  94109
3  Tel:  (415) 771-6174
   Fax: (415) 474-3748
4
   Attorney for Defendant
5  LENEKA PENDERGRASS

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11                              --o0o--

12 UNITED STATES OF AMERICA,
                                        NO. CR-05-00523-DLJ
13          Plaintiff,
                                        **STIPULATION AND ORDER CONTIN-**
14                                      **UING SURRENDER DATE**

15      vs.

16 LENEKA PENDERGRASS,

17          Defendant.
                            /
18
        IAN G. LOVESETH, attorney for defendant, LENEKA PENDERGRASS, and
19
   DOUGLAS SPRAGUE, Assistant United States Attorney, hereby stipulate and respectfully
20
   request that defendant's surrender date, currently set for Thursday, December 13,  2007 shall be
21
   continued until Thursday, March 6,  2008.
22
        The Court hereby finds, as follows:
23
   1. The parties have stipulated to continuing the surrender date in this case.
24
   2. The Court has reviewed the Declaration of Ian G. Loveseth, which has been filed under seal.
25
        Accordingly, and with the consent of the parties, the Court hereby: (1) vacates the
26
   surrender date currently set for Thursday, December 13, 2007; and, (2) sets a new surrender date
27
   of Thursday, March 6, 2008.
28
   STIPULATION AND [PROPOSED] ORDER
   CONTINUING SURRENDER DATE                                                                      1

IT IS SO STIPULATED.

DATED: December 12, 2007        /s/
IAN G. LOVESETH
Attorney for Defendant
LENEKA PENDERGRASS

DATED: December 12, 2007        /s/
W. DOUGLAS SPRAGUE
Assistant United States Attorney

IT IS SO ORDERED.

DATED: December 12, 2007        [signature]
HON. D. LOWELL JENSEN
United States District Court

STIPULATION AND [PROPOSED] ORDER
CONTINUING SURRENDER DATE                                    2