IAN LOVESETH, SBN 085780
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Tel: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
LENEKA PENDERGRASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-05-00523-DLJ |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SURRENDER DATE** |
| vs. | |
| LENEKA PENDERGRASS, et.al., | |
| Defendant. | |

IAN G. LOVESETH, attorney for defendant, LENEKA PENDERGRASS, and DOUGLAS SPRAGUE, Assistant United States Attorney, hereby stipulate and respectfully request that defendant's surrender date, currently set for Thursday, March 6, 2008 shall be continued until Thursday, May 15, 2008. Furthermore, AUSA Sprague takes the position that no additional continuances of the surrender date will be requested by stipulation.

The Court hereby finds, as follows:

1. The parties have stipulated to continuing the surrender date in this case.

2. The Court has reviewed the Declaration of Ian G. Loveseth, which has been filed under seal.

STIPULATION AND [PROPOSED] ORDER
CONTINUING SURRENDER DATE  1

Accordingly, and with the consent of the parties, the Court hereby: (1) vacates the surrender date currently set for Thursday, March 6, 2008; and, (2) sets a new surrender date of Thursday, May 15, 2008.

IT IS SO STIPULATED.

DATED: March 4, 2008  /s/
IAN G. LOVESETH
Attorney for Defendant
LENEKA PENDERGRASS

DATED: March 4, 2008  /s/
W. DOUGLAS SPRAGUE
Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 5, 2008  _____
HON. D. LOWELL JENSEN
United States District Court

STIPULATION AND [PROPOSED] ORDER
CONTINUING SURRENDER DATE